CP:SLD/MJR
F.# 2003R01382

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MICHAEL ADAMS,
   also known as "Big Man"
   and "Bowser,"
ERROLDO WEATHERLY,
   also known as "Junior"
   and "Dapper,"
ERROL SMALL,
JUNIOR BARNETT,
GLADSTONE BLAIR,
MICHAEL ERSKINE,
TERON FOSTER,
   also known as "Ron,"
CLEVELAND GREEN,
PRIESTLY GREEN,
LLOYD MCKEND,
DENNIS JOHNSON,
SELWYN SMITH,
STEPHENSON WATSON,
GLADSTONE WHYTE,
MICHAEL WILLIAMS and
EGLAN YOUNGE,

              Defendants.

- - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 03-1368(S-3) (ARR)
(T. 21, U.S.C., §§ 846,
841(b)(1)(A)(ii)(II),
841(b)(1)(C), 853, 963,
960(a)(1), 960(b)(1)(B)(ii)
and 960(b)(3); T. 18,
U.S.C., §§ 3551 et seq.)

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Import Cocaine and Marijuana)

     1.   In or about and between August 2002 and November 25, 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MICHAEL ADAMS, also known as "Big Man" and "Bowser," ERROLDO

WEATHERLY, also known as "Junior" and "Dapper," ERROL SMALL, JUNIOR BARNETT, GLADSTONE BLAIR, MICHAEL ERSKINE, TERON FOSTER, also known as "Ron," CLEVELAND GREEN, PRIESTLY GREEN, LLOYD MCKEND, DENNIS JOHNSON, SELWYN SMITH, STEPHENSON WATSON, GLADSTONE WHYTE, MICHAEL WILLIAMS and EGLAN YOUNGE, together with others, did knowingly and intentionally conspire to import one or more controlled substances into the United States from a place outside thereof, which offense involved (a) five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, and (b) fifty kilograms or more of a substance containing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 952(a).

(Title 21, United States Code, Sections 963, 960(a)(1), 960(b)(1)(B)(ii) and 960(b)(3); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Conspiracy to Possess with Intent to Distribute
Cocaine and Marijuana)

2. In or about and between August 2002 and November 25, 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MICHAEL ADAMS, also known as "Big Man" and "Bowser," ERROLDO WEATHERLY, also known as "Junior" and "Dapper," ERROL SMALL, JUNIOR BARNETT, GLADSTONE BLAIR, MICHAEL ERSKINE, TERON FOSTER, also known as "Ron," CLEVELAND GREEN, PRIESTLY GREEN, LLOYD MCKEND, DENNIS JOHNSON, SELWYN SMITH, STEPHENSON WATSON,

GLADSTONE WHYTE, MICHAEL WILLIAMS and EGLAN YOUNGE, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved (a) five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, and (b) fifty kilograms or more of a substance containing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846, 841(b)(1)(A)(ii)(II) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged in Counts One and Two, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853, which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including but not limited to, the following:

(a)  One Silver 1995 Mercedes Benz S500, VIN No. WDBGA70E9SA193003, bearing Florida registration number F236814733240 and Florida decal number 10689178, seized from 361 East 58th Street, Brooklyn, New York;

4

      (b) United States currency in the amount of twenty one thousand, three hundred fourteen dollars ($21,314), more or less, seized from 361 East 58th Street, Brooklyn, New York;

      (c) United States currency in the amount of nineteen thousand, one hundred fifty one dollars ($19,151), more or less, seized from 100-47 223rd Street, Queens Village, New York;

      (d) United States currency in the amount of four hundred four thousand, two hundred eighty two dollars ($404,282), more or less, seized from 145-67 176th Street, Jamaica, New York; and

      (e) One Black 2002 BMW X5, VIN No. 5UXFB93582LN78136, bearing New York registration number CSU5484, seized from 145-67 176th Street, Jamaica, New York.

      4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

      (a) cannot be located upon the exercise of due diligence;

      (b) has been transferred or sold to, or deposited with, a third party;

      (c) has been placed beyond the jurisdiction of the court;

      (d) has been substantially diminished in value; or

      (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

5

other property of such defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Section 853)

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CRIMINAL CASE
INFORMATION SHEET

1. Title of Case: Us V. Michael Adams et al

2. Related Magistrate Docket Number(s): M-03-1753

   None ( )

3. Arrest Date: 11/25/04

4. Nature of Offense(s):   ✓ Felony
                           __ Misdemeanor

5. Related Cases--Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules).

6. Projected Length of Trial:   Less than 6 weeks (X)
                                More than 6 weeks ( )

7. County in which cause of action arose: Queens County
   (Pursuant to Rule 50.1(d) of the Local EDNY Division of Business Rules)

8. Has this indictment/information been ordered sealed? ( )Yes (✓) No

9. Have arrest warrants been ordered? ( )Yes   (✓)No

UNITED STATES ATTORNEY

By: _____
STEVEN D'ALESSANDRO
Assistant U.S. Attorney
(718) 254-6200