# BARON ASSOCIATES P.C.
### Attorneys & Counselors At Law

2509 Avenue U  Brooklyn, New York 11229  Tel (718) 934-6501  Fax (718) 648-7781
www.baronassoc.com  email:baronassociates@aol.com

August 5, 2005

<u>By Facsimile (718) 230 – 2386 and Regular Mail</u>

Honorable Allyne R. Ross
United States District Judge
225 Cadman Plaza
Brooklyn, NY 11225

*[Handwritten: The sentence is adjourned to 9/21/05 @ 4:00 pm. So ordered. [signature] 8/8/05  cc: counsel]*

*[Handwritten margin: D/F]*

Re:  United States vs. MICHAEL ADAMS (1)
     Cr. No.: 03 – CR – 1368 (ARR)
     Our File No.: 90505

Dear Judge Ross:

This office represents the defendant Michael Adams who is scheduled for sentencing on August 11, 2005. With the consent of AUSA Michael Ramos, it is respectfully requested that the sentencing be adjourned to any date convenient to the Court, after September 11, 2005.

The defendant's papers stating his objections to the Pre Sentence Report, and his applications addressed to the Sentencing Guidelines, will be served via Federal Express overnight mail on Tuesday, August 9, 2005.

Respectfully submitted
Baron Associates P.C.
By: William E. Weber, Esq. (ww6745)

cc:  AUSA MICHAEL J. RAMOS
     United States Attorneys Office
     Eastern District of New York
     147 Pierrepont Street
     Brooklyn, New York 11201   <u>(Via Facsimile (718) 254 – 6327 and Regular Mail)</u>