U.S. Department of Justice

Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

May 5, 2006

The Honorable Allyne C. Ross
Judge of the U.S. District Court
  for the Eastern District of New York
118S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:  **ADAMS, Michael**
     Reg. No. 70588-053
     Docket No. CR-03-1368 (ARR)

Dear Judge Ross:

   Thank you for your recommendation that Michael Adams serve his term of confinement at the medium security facility in Otisville, New York. Mr. Adams was recently sentenced in your court to a 180-month term for Conspiracy to Import Five Kilos of Cocaine, 50 Kilos of Marijuana, and Conspiracy to Possess with Intent to Distribute 50 Kilos or More of Marijuana.

   During the designation process, we were aware of your recommendation. Regrettably, in the case of Mr. Adams, your recommendation cannot be followed. Mr. Adams has been classified as a low security level offender. The facility in Otisville, New York, houses medium security level offenders. Accordingly, Mr. Adams has been designated to the low security level facility at Fort Dix, New Jersey.

   We regret we were unable to comply with the Court's recommendation. Please be assured of our continued commitment to comply with judicial recommendations whenever possible.

                                Sincerely,

                                *Rebecca Tamez*

                                Rebecca Tamez
                                Chief

cc:  Warden, FCI Fort Dix