# MANDATE

E.D.N.Y.
03-cr-1368
Ross, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of March, two thousand nine,

PRESENT:

    HON. RALPH K. WINTER,
    HON. PETER W. HALL,
        *Circuit Judges,*
    HON. MARK R. KRAVITZ,
        *District Judge,*\*



United States of America,

    *Appellee,*

v.

06-1714-cr (L); 06-1900-cr (con)

Michael Adams,

    *Defendant-Appellant.*

Bobbi C. Sternheim, counsel for Appellant Michael Adams, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves for summary affirmance. Upon due consideration, it is hereby ORDERED that the motions are GRANTED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: /s/

---

\*The Honorable Mark R. Kravitz, United States District Judge for the District of Connecticut, sitting by designation.

ISSUED AS MANDATE: 4/30/09

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by /s/
DEPUTY CLERK