**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 28 2009 ★

United States District Court
Eastern District of New York

BROOKLYN OFFICE

Date: 8/28/09

E.D.N.Y.'s Case Number: Civil/Criminal    03-CR-1368

Judge: Ross

Court of Appeals Case Number: 06/1714CR

Caption: USA    Vs. Gary Lall

## Return of file from the Court of Appeals

A. List the Document numbers returned to us:

263 – 272

B. List the Document numbers that were NOT returned to us:
[An * beside a document number means that that document was missing and was not sent to the Court of Appeals.]

By:_____
Deputy Clerk
(718) 260-_____

1. Attach a copy of the Index (the listing of the documents that were sent to the Court of Appeals) to this form, file stamp & docket this form (apprecret.) indicating what was returned to us & what was not.
2. Send a copy of this completed form to Fred Nunnery c/o Court of Appeals, making a notation in your docket entry that you did so.
3. If there is no closed flag, docket "closed fl.".